UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS WEBER, on behalf of himself
and those similarly situated

       Plaintiff,

v.                                      Case No: 2:17-cv-627-FtM-38CM

PARAMOUNT TRANSPORTATION
LOGISTICS SERVICES, LLC, R&L
CARRIERS, INC. and AFC
WORLDWIDE EXPRESS, INC.,

       Defendants.
_____/

# **ORDER**[1]

Before the Court is United States Magistrate Judge Carol Mirando's Report and Recommendation. (Doc. 55). Judge Mirando recommends that the parties' Renewed Joint Motion for Approval of Settlement (Doc. 52) be granted. The parties also filed a Joint Notice of Non-Objection. (Doc. 56). For the following reasons, the Court accepts and adopts Judge Mirando's Report and Recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*,

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After independently examining the file and on consideration of Judge Mirando's findings and recommendation, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

The Report and Recommendation (Doc. 55) is **ACCEPTED and ADOPTED.**

1. The Renewed Joint Motion for Approval of Settlement (Doc. 52) is **GRANTED.**
2. The action is **DISMISSED with prejudice.**
3. The Clerk of Court is **DIRECTED** to enter judgment accordingly, dismiss the case with prejudice, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of November 2018.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record